IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Rodney Heard, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Experian Information Solutions, Inc., ) <br> ) <br>    Defendant. ) <br> ) | Civil Action File No.: <br> 1:23-cv-05194-MLB-JSA |

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant. The parties need to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant. Accordingly, Plaintiff respectfully submits that this obviates the need for the parties to make any Court required filings prior to dismissal.

Respectfully submitted this 13th day of February, 2024.

 

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com

1

Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 509
Londonderry, VT 05148
Phone: 651-208-6441
Fax: 404-592-6102
Email: chris.armor@armorlaw.com

*Counsel for Plaintiffs*